# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151470 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

DAMON SHOMARI-MONT RAINES,
 Defendant-Appellant.

SC: 151470
COA: 325832
Kent CC: 12-003697-FH

_____/

On order of the Court, the application for leave to appeal the March 30, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to hold this case in abeyance for *People v Lockridge*, 498 Mich 358 (2015), is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



a0321

Clerk